In the Matter of HARRY C. POST, III, an Attorney, Resignor. [711 NYS2d 374] —Voluntary resignation accepted and name removed from roll of attorneys (*see, Matter of Manown,*

240 AD2d 83). Present—Pine, J. P., Hayes, Wisner, Hurlbutt and Scudder, JJ.